UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NOS. 05-1021 & 05-1436

ANTHONY GEORGE ALLEN,
                                                          Appellant,

v.

ERIC RIPOLL, LT.; TIMOTHY GREGORY, LT.;
MOONEY, LT.; BUREAU OF PRISONS

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 01-cv-00373E)
District Judge: Honorable Sean J. McLaughlin

Submitted Under Third Circuit LAR 34.1(a)
AUGUST 26, 2005

Before:   ALITO, SMITH AND COWEN, Circuit Judges.

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a). On consideration whereof, it is now here
    ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered January 7, 2005, be and the same is hereby affirmed. Costs to be taxed against Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

                                                          A True Copy:

Chief Deputy Clerk
                                                          Marcia M. Waldron

                                                          Marcia M. Waldron, Clerk
                                                          Certified as a true copy and issued in lieu
DATED: September 26, 2005                                 of a formal mandate on _____

                                                          Teste:
                                                          Clerk, U.S. Court of Appeals for the Third Circuit